**ALLSTATE INSURANCE COMPANY**

v.

**Joseph E. EARLEY.**

Supreme Judicial Court of Maine.

Argued Nov. 8, 1985.

Decided Jan. 9, 1986.

Hewes, Beal & Douglas, Martica Sawin Douglas (orally), Portland, for plaintiff.

Zuckerman & Avaunt, Mary B. Devine (orally), Gray, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Joseph E. Earley appeals a decision of the Superior Court, Cumberland County, denying his claim for attorney fees incurred by Earley in his successful defense of a declaratory judgment action brought by his insurer, Allstate Insurance Company. Allstate sought to avoid any obligation to afford liability coverage to Earley in relation to a claim against him for personal injuries that resulted from a shooting. (For a description of the incident, see *State v. Earley*, 454 A.2d 341, 342–43 (Me.1983)). We have recently decided that in these circumstances the insured is not entitled to attorney fees unless the insurer's actions can be attributed to a "bad-faith refusal to honor its contract obligation to defend." *Union Mutual Fire Insurance Co. v. Town of Topsham*, 441 A.2d 1012, 1019 (Me.1982).

The entry is:

Judgment affirmed.

All concurring.